**John Delbert CURD**

v.

**STATE.**

No. 27147.

Court of Criminal Appeals of Texas.

Dec. 8, 1954

R. L. Whitehead, Longview, for appellant.

David Moore, Criminal Dist. Atty., Paul J. McClung, Asst. Dist. Atty., Longview, Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

No statement of facts accompanies the record.

Appellant attacks the constitutionality of Article 802, V.A.P.C.

Gilderbloom v. State, Tex.Cr.App., 272 S.W.2d 106, disposes of appellant's contentions.

The judgment is affirmed.

**Jack REDFERN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27414.

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of murder with malice. The punishment assessed is confinement in the state penitentiary for a term of seven years.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof.

The motion is granted and the appeal is dismissed.